IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MICHAEL WALTERS, an individual,<br>     Plaintiff,<br>vs.<br><br>1. AUTOZONERS, LLC d/b/a AutoZone, a foreign limited liability company,<br><br>     Defendant. | )<br>)<br>)<br>) Case No. 21-CV-196-RAW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Michael Walters, by and through his counsel of record, Bryan Lower of Armstrong Law Firm, P.L.C., and Defendant, Autozoners, LLC., by and through its counsel of record, Laurie Riley and Tracy Kern of Jones Walker LLP, and Allen Hutson of Crow & Dunlevy, hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorney's fees and costs.

Dated this 14st day of November, 2022.


Respectfully Submitted,

Armstrong & Vaught, P.L.C.

/s/ *Bryan Lower*
Bryan Lower, OBA #32054
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 Facsimile
blower@crarmstronglaw.com
**Attorney for Plaintiff**

and

/s/ Laura M. Riley
*(signed by Plaintiff's attorney with permission of Defendant's attorneys)*
Laura M. Riley, OBA # 674
Florida Bar No.: 657751
(Admitted Pro Hac Vice)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5816
Email: lriley@joneswalker.com

/s/ Tracy E. Kern
*(signed by Plaintiff's attorney with permission of Defendant's attorneys)*
Tracy E. Kern, Esq.
Louisiana Bar No.: 20246
(Admitted Pro Hac Vice )
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, LA 70170
Telephone: 504-582-8134
Facsimile: 504-589-8134
Email: tkern@joneswalker.com


/s/ Allen L. Hutson
*(signed by Plaintiff's attorney with permission of Defendant's attorneys)*
Allen L. Hutson, OBA #30118
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
Telephone: 405-235-7700
Facsimile: 405-239-6651
Email: allen.hutson@crowedunlevy.com

**Attorneys for Defendant, Autozoners, LLC.**